KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Yony Wuilfredo Reyes Castellano,

Petitioner,

v.

Warden of Eloy Detention Center, et al.,

Respondents.

No.    CV-26-03042-PHX-RM (JZB)

**ORDER**

Self-represented Petitioner Yony Wuilfredo Reyes Castellano, who is confined in the Eloy Detention Center, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention, and paid the filing fee.  The Court will require Respondents to answer the Petition.

**I.    Petition**

In his Petition, Petitioner names the following Respondents: the Warden of the Eloy Detention Center, United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), and the Attorney General of the United states.

Petitioner is a citizen of Honduras.  He does not specify when he entered the United States, but claims he has a pending asylum application and has "been complying with the immigration process and has been residing in the community." (Doc. 1 at 11.)  Petitioner alleges he was detained on April 21, 2026, while he was on his way to work, and his detention was "without warning and without any individualized assessment of risk."  (*Id.*)

Petitioner raises four grounds for relief and seeks release from detention or an individualized bond hearing.

In Ground One, Petitioner claims his detention violates his due process rights because it is "prolonged and unjustified . . . without individualized review." In Ground Two, he alleges his detention is arbitrary and unreasonable, in violation of the Fifth Amendment. In Ground three, he asserts he is "not subject to mandatory detention under INA § 236(c)." In Ground Four, he argues his detention is not reasonably related to removal purposes.

## II.    Discussion

### A.    Respondents

The Court will dismiss DHS and ICE as improper Respondents. *See Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024). The Court will substitute Eric Rokosky for Respondent Warden of Eloy Detention Center and Todd Blanche for Respondent United States Attorney General.

### B.    Response

The Court will require Respondents to respond the Petition. In the response, Respondents must: (1) clarify the status of Petitioner's immigration proceedings; (2) clarify the present basis for Petitioner's detention; (3) address whether Petitioner was previously released, and if so, whether that release created a liberty interest in his release; and (4) if Petitioner is detained pursuant to 8 U.S.C. § 1226(a), address why he has not been provided a bond hearing. Any answer must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein.

## III.    Warnings

### A.    Address Changes

If Petitioner's address changes, he must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not

include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

### B.    Copies

Petitioner must serve Respondent, or counsel if an appearance has been entered, a copy of every document he files.  Fed. R. Civ. P. 5(a).  Each filing must include a certificate stating that a copy of the filing was served.  Fed. R. Civ. P. 5(d).  Also, Petitioner must submit an additional copy of every filing for use by the Court.  LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Petitioner.

**IT IS ORDERED:**

(1)    Respondents DHS and ICE are **dismissed** without prejudice.

(2)    The Clerk of Court must **substitute** Eric Rokosky for Respondent Unknown Warden of Eloy Detention Center and Todd Blanche for Respondent United States Attorney General.

(3)    Respondents must answer the Petition.

(4)    The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order on the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.  The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(5)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(6)    Respondents must answer the Petition within **fourteen (14) days** of the date of service.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(7)    Petitioner may file a reply within **seven (7) days** from the date of service of the answer.

Dated this 6th day of May, 2026.

_____
Honorable Rosemary Márquez
United States District Judge

- 4 -